ALB, Inc., Plaintiff-Appellant,

v.

NOMA ELECTRIC CORPORATION, Defendant-Appellee.

No. 246, Docket 23448.

United States Court of Appeals, Second Circuit.

Argued March 18, 1955.

Decided March 18, 1955.

Frederic P. Warfield, New York City, for plaintiff-appellant.

Morris Kirschstein, New York City, for defendant-appellee.

Before CLARK, Chief Judge, FRANK, Circuit Judge, and GALSTON, District Judge.

PER CURIAM.

Judgment affirmed in open court on Judge's statement below, 130 F.Supp. 918.

---

J. E. EDGE, Appellant,

v.

UNITED STATES of America, Appellee.

No. 15364.

United States Court of Appeals Fifth Circuit.

May 20, 1955.

J. E. Edge, in pro. per.

James W. Dorsey, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before RIVES and CAMERON, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment appealed from is Affirmed.

---

Bernard H. TABOR, Appellant,

v.

William H. HARDWICK, Warden, U. S. Penitentiary, Atlanta, Georgia, Appellee.

No. 15477.

United States Court of Appeals Fifth Circuit.

May 20, 1955.

Rehearing Denied July 22, 1955.

See 224 F.2d 526.

No appearance for appellant.

James W. Dorsey, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before RIVES and CAMERON, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment appealed from is Affirmed.